# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 5, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
133433(64)(65)
Robert P. Young, Jr.
Stephen J. Markman,
Justices

AMANDA  JEAN ODOM,
      Plaintiff-Appellee,

v

WAYNE COUNTY and CITY OF DETROIT,
      Defendants,
and

CHRISTINE KELLY,
      Defendant-Appellant.
_____

SC: 133433
COA: 270501
Wayne CC: 05-503671-NI

      On order of the Chief Justice, the motions by defendant-appellant Kelly for extension to July 11, 2008 of the time for filing her brief and appendix and for leave to file a 61-page brief are considered and they are GRANTED.

I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 5, 2008

Clerk